166 F.3d 1204
 Milton J. Conklin, Jr. v. Willis E. Morton, as Administrator
at New Jersey State Prison, Roy L. Hendricks, as
Associate Administrator at New Jersey
State Prison, Ronald
V.
Paice, as Director of Education at New Jersey State Prison,
Grier, as Sergeant of Prison Guards at New Jersey State
Prison, L.A. Ward, as Prison Guard at New Jersey State
Prison, Unknown Defendant, as Prison Guard at New Jersey State Prison
 NO. 98-5215
 United States Court of Appeals,
Third Circuit.
 August 18, 1998
 
 1
 Appeal From: D.N.J.
 
 
 2
 Appeal Dismissed.